LJF:MBM
F.# 2008R00610/OCDETF# NY-NYE-0583

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

INDERJIT SINGH,

███████████████████████████

MALKEET SINGH,
BALJINDER SINGH,
    also known as
    "Bito" and "Bitu,"
███████████████████████████

              Defendants.

I N D I C T M E N T

Cr. No. 08 CR 868 (JBW)
(T. 21, U.S.C., §§
841(a)(1), 841(b)(1)(A)(i),
841(b)(1)(C), 846, 952(a),
960(a)(1), 960(b)(1)(A) and
960(b)(3); T. 8, U.S.C., §
1326(a); T. 18, U.S.C., §§
2 and 3551 et seq.)

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Import Heroin, MDMA and Marijuana)

In or about and between September 2007 and November 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants INDERJIT SINGH, ███████████████████████ ████████ MALKEET SINGH, BALJINDER SINGH, also known as "Bito" and "Bitu," and █████████, together with others, did knowingly and intentionally conspire to import one or more controlled substances into the United States from a place outside thereof, which offense involved: (a) one kilogram or more of a substance containing heroin, a Schedule I controlled substance; (b) a substance containing MDMA, a Schedule I controlled substance and

(c) 50 kilograms or more of a substance containing marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1), 960(b)(1)(A) and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Conspiracy to Distribute Heroin, MDMA and Marijuana)

In or about and between September 2007 and November 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants INDERJIT SINGH, ███████████████████ ███████ MALKEET SINGH, BALJINDER SINGH, also known as "Bito" and "Bitu," and ██████████, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved: (a) one kilogram or more of a substance containing heroin, a Schedule I controlled substance; (b) a substance containing MDMA, a Schedule I controlled substance and (c) 50 kilograms or more of a substance containing marijuana, a Schedule I controlled substance, in violation Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THREE
(MDMA Possession)

In or about August 2008, within the Eastern District of New York and elsewhere, the defendants INDERJIT SINGH, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and BALJINDER SINGH, also known as "Bito" and "Bitu," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing MDMA, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT FOUR
(Marijuana Possession)

In or about August 2008, within the Eastern District of New York and elsewhere, the defendants INDERJIT SINGH, MALKEET SINGH and ▇▇▇▇▇▇▇▇▇▇▇▇, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 50 kilograms or more of a substance containing marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

3

<u>COUNT FIVE</u>
(Illegal Reentry)

In or about and between September 2007 and August 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant INDERJIT SINGH, an alien who had previously been deported from the United States, was found in the United States, without the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Section 1326(a); Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

4

F. #2006R02331
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL Division

## THE UNITED STATES OF AMERICA

vs.

INDERJIT SINGH, MALKEET SINGH, BALJINDER SINGH, a/k/a "Bito" and "Bitu,"

*Defendants.*

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(C), 846, 952(a), 960(a)(1), 960(b)(1)(A) and 960(b)(3); T. 8, U.S.C., § 1326(a); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____